1 **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Florentino Thomas Esparza,<br><br>Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>Respondents. | No. CV-07-1162-PHX-GMS (ECV)<br><br>**ORDER** |

Pending before the Court are Petitioner's amended petition for writ of habeas corpus/civil rights complaint and United States Magistrate Judge Voss's Report and Recommendation ("R&R"). Dkt. ## 4, 24. The R&R recommends that the Court deny the amended petition because one of Petitioner's claims is barred by his guilty plea and the others fail on the merits. Dkt. # 24 at 9. The Magistrate Judge advised the parties that they had ten days to file objections to the R&R and that failure to file timely objections could be considered a waiver of the right to obtain review of the R&R. *Id.* at 10 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(b) and 72; *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)).

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See Reyna-Tapia*, 328 F.3d at 1121; *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636(b)(1)] does not . . . require any review at all . . . of any issue that is not the subject of an objection."); Fed. R. Civ. P. 72(b)(3) ("The district judge must

1  determine de novo any part of the magistrate judge's disposition that has been properly
2  objected to."). The Court has nonetheless reviewed the R&R and agrees with it. The
3  Court will accept the R&R and deny the Amended Petition. *See* 28 U.S.C. § 636(b)(1)
4  (stating that the district court "may accept, reject, or modify, in whole or in part, the
5  findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b)(3) ("The
6  district judge may accept, reject, or modify the recommended disposition; receive further
7  evidence; or return the matter to the magistrate judge with instructions.").

**IT IS ORDERED:**

1. Magistrate Judge Voss's R&R (Dkt. # 24) is accepted.
2. Petitioner's amended petition for writ of habeas corpus (Dkt. # 4) is denied.
3. The Clerk of the Court shall terminate this action.

DATED this 5th day of September, 2008.

G. Murray Snow
United States District Judge